# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

PRIEST MOMOLU V.S. SIRLEAF, JR., )
                                  )
     Plaintiff,                    )
                                    )
v.                                 ) Civil Action No. 3:17CV539–HEH
                                    )
UNITED STATES OF AMERICA, *et al.*, )
                                    )
     Defendants.                 )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Plaintiff's current allegations failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on May 9, 2018, the Court directed Plaintiff to submit a Second Particularized Complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the Second Particularized Complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the May 9, 2018 Memorandum Order. Plaintiff failed to submit a Second Particularized Complaint or otherwise respond to the May 9, 2018 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

                                      /s/
                                  HENRY E. HUDSON
                                  SENIOR UNITED STATES DISTRICT JUDGE

Date: June 14, 2018
Richmond, Virginia